997 F.2d 512
 STATE OF SOUTH DAKOTA in its own behalf, and as parens
patriae, Appellees,
v.
Gregg BOURLAND, etc., et al., Appellants.
 Nos. 90-5486, 90-5515.
 United States Court of Appeals,
Eighth Circuit.
 July 21, 1993.
 
 1
 Appeal from the United States District Court for the District of South Dakota.
 
 
 2
 Prior report: --- U.S. ----, 113 S.Ct. 2309, 124 L.Ed.2d 606.
 
 
 3
 On remand from the United States Supreme Court, this court's opinion and judgment are vacated. The mandate issued April 30, 1992, is hereby recalled.